# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR247 |
| vs. | |
| MAEGAN L. BALFOUR, | ORDER |
| Defendant. | |

The Government's Motion to Extend Time to Respond to Defendant's Motion for Issue Preclusion (Filing No. 44) is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **November 29, 2022**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **December 6, 2022**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **December 13, 2022**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **December 20, 2022, at 10:30 a.m.** The parties will use Restricted Order [43] for conference connection instructions.

Dated this 21st day of November, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge