IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:21CR247 |
| vs. | |
| MAEGAN L. BALFOUR, | ORDER |
| Defendants. | |

This matter is before the court on Defendant's Unopposed Motion to Continue For a Status Conference. (Filing No. 66.) The motion is unopposed. The motion provides that the sentencing[1] of Defendant's husband, co-defendant Nolan Balfour, will resolve the government's case against Defendant Maegan Balfour. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 66), is granted.

2) The trial of this case is continued pending further order of the court.

3) A telephonic status conference with counsel will be held before the undersigned magistrate judge at 3:30 p.m. on November 20, 2023. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

4) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 20, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

---

[1] Nolan Balfour is set to enter a plea on August 14, 2023 and his sentencing will be set for November 8, 2023.

Dated this 13th day of July, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge