IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21-CR-247 |
| vs. | ORDER DISMISSING THE INDICTMENT AS TO DEFENDANT MAEGAN L. BALFOUR |
| MAEGAN L. BALFOUR | |
| Defendant. | |

This matter is before the Court on the United States' Motion to Dismiss the Indictment, Filing 1, as it relates to Defendant Maegan L. Balfour pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Filing 79. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 79, is granted; and

2. The Indictment, Filing 1, is dismissed without prejudice as it relates to the Defendant, Maegan L. Balfour.

Dated this 9th day of November, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1